UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FILIBERTO MADRIGAL,<br><br>Defendant. | No. 2:18-cr-00164-MCE<br><br><br><br>**ORDER** |

The Court is aware that Defendant has attempted to file a waiver of appearance with the Court. No proposed order has been received. Accordingly, the request (ECF Nos. 129-30) is hereby DENIED without prejudice.

IT IS SO ORDERED.

Dated: December 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE