TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
FILIBERTO MADRIGAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Francisco Loya-Solarzano, et al<br><br>    Defendant. | ) No. 2:18-CR-00164 MCE<br>)<br>)<br>) **ORDER WAIVING DEFENDANT'S**<br>) **APPEARANCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Based on the Request for Appearance Waiver filed with this Court on January 15, 2019, and on the information and signatures contained therein, it is hereby ordered that Defendant FILIBERTO MADRIGAL's appearance be waived in the circumstances set forth herein, subject to any Order by the Court requiring his appearance, which would supersede this Order.

///

///

//

///

FILIBERTO MADRIGAL's appearance is waived for hearings of any motion or other pre-trial proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of a jury, trial and imposition of sentence pursuant to Federal Rule of Criminal Procedure 43(b)(3).

IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE