TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
FILIBERTO MADRIGAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Francisco Loya-Solarzano, et al<br><br>    Defendants. | No. 2:18-CR-00164 MCE<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE** |

Defendant, FILIBERTO MADRIGAL, by and through his counsel of record, TONI WHITE, and the GOVERNMENT, by and through Assistant United States Attorney James Conolly, hereby stipulate as follows:

1. Special condition number 3 of Mr. Madrigal's special conditions of release (ECF DOC #63) designate Filiberto Madrigal Martinez, his father, as a third party custodian.

2. It is requested that the defendant's brother, Jose Carlos Madrigal, be added as an additional third party custodian that can act when the father, Filiberto Madrigal Martinez, is unavailable. Neither the Government or Pretrial Services object to this request.

3. Pretrial services Officer Mark De La Torre was able to speak with defendant's brother, Jose Carlos Madrigal, and advise him of the responsibilities of serving in this capacity. Jose Carlos Madrigal understood the responsibilities, the risks involved, and confirmed he was willing. Pretrial had a criminal record check ran to determine suitability, and Jose Carlos Madrigal did not have a record of criminality. Additionally, Pretrial services found that Jose Carlos Madrigal also resides in Modesto, California, works together with the defendant with the same employer, and has frequent contact with the defendant. Officer De La Torre found Jose Carlos Madrigal to be a suitable third-party custodian.

4. By this stipulation, defendant now moves to have condition #3 amended to add Jose Carlos Madrigal as an additional and alternate third party custodian.

IT IS SO STIPULATED.
Dated: December 23, 2020         McGregor Scott
                                 United States Attorney

                                 By:    /s/ Toni White for
                                 James Conolly
                                 Assistant U.S. Attorney

                                 For the United States


Dated: December 23, 2020         By:    /s/ Toni White _
                                 TONI WHITE

                                 For Defendant Filiberto Madrigal

**O R D E R**

IT IS SO FOUND AND ORDERED

Dated:  December 23, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE