TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244

Attorney for Defendant
FILIBERTO MADRIGAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Filiberto Madrigal <br><br> Defendant. | No. 2:18-CR-00164 KJM <br><br> **STIPULATION AND ORDER FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE** |

    Defendant, FILIBERTO MADRIGAL, by and through his counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

1. On August 24, 2018, Mr. Madrigal was ordered released on bond with special conditions including release to a third party custodian (special condition #3) and drug and/or alcohol testing (special condition #10). (ECF DOC #63).

2. Mr. Madrigal is being supervised by Pretrial Services. On March 8, 2023, Pretrial services officer Darryl Walker contacted counsel for the Government, James Conolly, and defense counsel, Toni White, and indicated that Mr. Madrigal has tested clean on all drug tests since April 2019, has remained compliant with all pretrial conditions and has remained in contact with pretrial services as directed. Officer Walker

indicated, at this time, pretrial services would recommend removal of the third party custodian and drug and/or alcohol testing condition.

3. Defense counsel indicated that she would file the instant stipulation and proposed order.

4. James Conolly, counsel for the Government, has no objection to the removal of the conditions based on Officer Walker's recommendation.

By this stipulation, Mr. Madrigal now moves to have special conditions #3 and #10 removed.

IT IS SO STIPULATED.

Dated:  March 10, 2023        McGregor Scott
                              United States Attorney

                              By:     /s/ James Conolly
                                      James Conolly
                                      Assistant U.S. Attorney

                                      For the United States


Dated:  March 10, 2023        By:     /s/ Toni White
                                      TONI WHITE
                                      For Defendant Filiberto Madrigal

**O R D E R**

IT IS SO FOUND AND ORDERED this 29th day of March, 2023.

CHIEF UNITED STATES DISTRICT JUDGE